**DISMISS and Opinion Filed June 27, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00273-CV**

**IN RE CHARLES LEON WILKERSON, Appellant**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00837-3**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated March 11, 2024 and March 15, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 11, 2024, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated April 30, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1)

had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240273F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE CHARLES LEON
WILKERSON, Appellant

No. 05-24-00273-CV

On Appeal from the Probate Court
No. 3, Dallas County, Texas
Trial Court Cause No. PR-19-00837-
3.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 27, 2024